AO 241 (Rev. 01/15)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Massachusetts |
|---|---|
| Name (under which you were convicted): Elena Kurbatzky | Docket or Case No.: |
| Place of Confinement: South Bay Jail | Prisoner No.: 2003691 |
| Petitioner (include the name under which you were convicted) Elena Kurbatzky | v. Respondent (authorized person having custody of petitioner) Carol Micci, Commissioner of DOC |
| The Attorney General of the State of: | |

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Suffolk Superior Court

   (b) Criminal docket or case number (if you know): 1784CR00499

2. (a) Date of the judgment of conviction (if you know): 8/3/2018

   (b) Date of sentencing: 8/10/2018

3. Length of sentence: 2-3 years state prison + 3 years of probation

4. In this case, were you convicted on more than one count or of more than one crime? ☑ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   (1) MassHealth (Medicaid) false claims - 3 counts
   (2) invented from (1) Larceny over $250 - 3 counts (no police report for larceny over $250)
   (3) MassHealth member eligibility fraud - 1 count

6. (a) What was your plea? (Check one)
   ☑ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty        ☐ (4) Insanity plea

AO 241 (Rev. 01/15)

Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☒ Yes   ☐ No

8. Did you appeal from the judgment of conviction?

☒ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Suffolk Superior Court

(b) Docket or case number (if you know): 1784CR00499

(c) Result: pending

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: Motion for a new trial

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?   ☒ Yes   ☐ No

If yes, answer the following:

(1) Name of court: Appeal's court

(2) Docket or case number (if you know): _____

(3) Result: pending

_____

(4) Date of result (if you know): _____

AO 241 (Rev. 01/15)  Page 4

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____
_____
_____
_____

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____
_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☑ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Suffolk Superior Court

(2) Docket or case number (if you know): 1784CR00499

(3) Date of filing (if you know): 9/28/2020 (Pro Se)

(4) Nature of the proceeding: Motion to Overturn Convictions

(5) Grounds raised: State Court has no jurisdiction over federal matter of fraud. (Pro Se) Medicare is primary insurance and MassHealth is secondary and first claim always needs to be submitted to Medicare either for payment or for rejection. And only if claim was rejected by Medicare, MassHealth could be billed. Therefore to detect fraud, any fraud, either MassHealth or Medicare, claims that were ⊛

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes  ☑ No

(7) Result: _____

(8) Date of result (if you know): pending

⊛ submitted to both insurances, MassHealth and Medicare should be analyzed. ⇘

AO 241 (Rev. 01/15)

Page 5

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Suffolk Superior Court
(2) Docket or case number (if you know): 1784CR00499
(3) Date of filing (if you know): 4/16/2020 (Pro Se)
(4) Nature of the proceeding: "Motion to dismiss due to prejudice to the Defendant and ineffective assistance of Appeal's lawyer"
(5) Grounds raised:

Defendant shows that Attorney General office lawyers wasted enormous amount of their time and workforce to violate multiple laws in order to insert the Defendant into prison without evidence — the only logic explanation to this is prejudice to the defendant

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes  ☑ No
(7) Result: pending
(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: Suffolk Superior Court
(2) Docket or case number (if you know): 1784CR00499
(3) Date of filing (if you know): 8/20/2018 (Pro Se)
(4) Nature of the proceeding: Motion to revise and revoke sentence
(5) Grounds raised: Defendant requests to substitute 2-3 years in state prison by probation due to "Primary Care taker law" (M.G.L. c. 279 § 6B) since Defendant is single mother with no family who can take care of her only child. Defendant's daughter was 8 years old in August 2018.

AO 241 (Rev. 01/15)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes  ☑ No

(7) Result: _denied_

(8) Date of result (if you know): _1/07/2019_

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☐ Yes ☑ No
(2) Second petition: ☐ Yes ☑ No
(3) Third petition: ☑ Yes ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
(1) and (2) are still pending
(3) appeal is filed as part of the motion for a new trial

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** Defendant could not possibly violate probation (Exhibit 1)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The only condition of probation: "not to contract w/ any state or federal programs through self or anyone else or any entity" could not be violated. Neither Defendant nor owned by her Harmony Home Health Care LLC (William Galvin State Corporate Database) ever contracted with any programs. Harmony Home Health Care LLC signed contract with Medicare in 2014 and MassHealth in 2015. Medicare and MassHealth

(b) If you did not exhaust your state remedies on Ground One, explain why: are not programs but rather insurances. Elena Kurbatsky (Defendant) is not individual registered provider who can sign contracts. Elena Kurbatsky owns provider: Harmony Home Health Care LLC that has National Provider Identifier (NPI) and can be found within database of providers (federal database of providers).

AO 241 (Rev. 01/15)                                                                                             Page 7

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Motion to Appeal home confinement and GPS monitoring that do not exist (Exhibit 1)._

Name and location of the court where the motion or petition was filed: _Suffolk Superior Court_

Docket or case number (if you know): _1784CR00499_

Date of the court's decision: _pending_

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

**GROUND TWO:** State Court does not have jurisdiction over federal matter of fraud of Medicare/MassHealth

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): home care agency Medicare is primary insurance and MassHealth is secondary and first claim always needs to be submitted to Medicare either for payment or for rejection and only if claim was rejected by Medicare MassHealth could be billed. Therefore to detect any fraud either MassHealth or Medicare, claims that were submitted to both insurances should be analyzed. State Attorney General does not have access

(b) If you did not exhaust your state remedies on Ground Two, explain why: to federal database of Medicare and therefore they can't detect any fraud. Therefore, state court, Suffolk Superior Court does not have jurisdiction over federal

(c) **Direct Appeal of Ground Two:** matter of fraud.

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: "Motion to overturn convictions that were imposed by state court that does not have jurisdiction over federal matter of fraud"

Name and location of the court where the motion or petition was filed: Suffolk Superior Court

Docket or case number (if you know): 1784CR00499

Date of the court's decision: pending

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No
(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_____

AO 241 (Rev. 01/15)

Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____
_____
_____
_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____
_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____
_____

AO 241 (Rev. 01/15)

Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____
_____
_____

**GROUND FOUR:** _____
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____
_____
_____
_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____
_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 01/15)                                                                                                          Page 12

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?           ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?      ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

AO 241
(Rev. 01/15)

Page 13

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☑ Yes  ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes  ☑ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☑ Yes  ☑ No  E.K.

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. 11(a) + 11(b):
   11(a): Motion to overturn convictions that were imposed by state court that does not have jurisdiction over federal matter of fraud (Docket 1784CR00499, Suffolk Superior Court - pending)
   11(b): Motion to dismiss due to prejudice to the Defendant and ineffective assistance of Appeal's lawyer (Docket 1784CR00499, Suffolk Superior Court - pending) ⇒

AO 241 (Rev. 01/15)

Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _Pro Se_

(b) At arraignment and plea: _Pro Se_

(c) At trial: _Pro Se_

(d) At sentencing: _Pro Se_

(e) On appeal: _Pro Se_

(f) In any post-conviction proceeding: _Pro-Se_

(g) On appeal from any ruling against you in a post-conviction proceeding: _Pro-Se_

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes  ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  ☐ Yes  ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Within this petition I appeal conditions of probation which I started to serve 4/6/20

AO 241 (Rev. 01/15)

Page 15

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 01/15)

Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: cancellation of probation which can not be possibly violated; "not to contract w/ any state or federal programs through self or any one else or any entity" (Exhibit 1) in order to prevent mistakes of probation officer, cancellation of sentencing and/or overturn of convictions

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____